# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2017

155380

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

KERRI HUNTER OTTO, Next Friend of
BAILEY ANN MARIE NOBLE, Minor,
      Plaintiff-Appellee,

v

INN AT WATERVALE, INC.,
      Defendant-Appellant.

SC: 155380
COA: 330214
Benzie CC: 14-009969-NO

_____/

On order of the Court, the application for leave to appeal the January 17, 2017 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the activities engaged in by the plaintiff's Next Friend and her three companions constituted "other outdoor recreational use" of the defendant's land under the Recreational Land Use Act, MCL 324.73301(1). The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The Heart of the Lakes Center for Land Conservation Policy, Real Property Law Section of the State Bar of Michigan, and Environmental Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

WILDER, J., not participating because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2017 _____



Clerk

t0919